UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MANUEL ROSARIO,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of Defendant Rosario is adjourned to **March 6, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Rosario are now due by **February 14, 2020**; any submission from the Government is now due by **February 21, 2020**.

Dated: New York, New York
       December 18, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge