UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MANUEL ROSARIO,

               Defendant.

**ORDER**

(S1) 16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the sentencing of Defendant Rosario is adjourned to **May 29, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge