# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

May 11, 2020

The application is denied.  Sentencing will proceed on July 7, 2020.

BY ECF
Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge
May 12, 2020

Re: *United States v Rosario,* 16 Cr. 281(PGG)

Your Honor:

      This letter is submitted to request that the sentencing date for Manuel Rosario, which is now scheduled for July 7, 2020, be re-scheduled to sometime in early June.  Previously, this Court postponed the sentencing date a number of times, most recently from May 29th to July 7th.  Mr. Rosario, however, is anxious for his sentencing to occur as soon as possible.  I also note that both parties have submitted sentencing memoranda.

      For these reasons, we ask that the sentencing date be changed to sometime in early June.

Respectfully submitted,

_____s/s_____
James E. Neuman