UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MANUEL ROSARIO,<br><br>　　　　　　　　　　Defendant. | **ORDER**<br><br>(S1) 16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of Defendant Rosario, scheduled for July 7, 2020, is adjourned to **August 27, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        July 1, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge